To: Risk Management Division
Joseph Montoya bldg.
1100 South Saint Francis DR
Santa Fe, NM 87501

Date: May 28, 2024
(Print Date form is sent)

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 03 2024
MITCHELL R. ELFERS
CLERK

CV 24-551 MIS/GBW

## Notice of Claim
(File this Form before a tort claim can Be filed)

Pursuant § 41-4-16, N.M.S.A (1978) you are advised that:

I Joe Blanford #72105 hereby give notice that I
(Print Name)
sustained a loss/injury that occurred on or month of ~~May~~
Date of Injury
and June of 2024 at the CNMCF/RDC/GCCF under the
(facilities)
following circumstances: (State Facts Briefly and clearly)

Involuntary Servitude and false imprisonment and breach of Liberty

X Joe Blanford          X 5-21-24
  Print                   Date

X Joe Blanford          # 72105
  Sign

<u>Plantiffs</u>

VS

<u>Defendants</u>
Warden Wilkens, GCCF
unit manager Jacob D. and
Alisha Tafoya Director of
Correctional Department

**I.**

This honorable court has the Jursdiction to review this 1983 under Fed. Class (Fed. R. civil. 23 (A)(B) suit Due to plantiffs being united states citizens.

**II.**

All Defendants of this claim are acting under color of the state of New Mexico. Plantiffs 4th 8th and 14th Admendments of the constitutional Rights and states law have been violated.

In may 2024, Plantiffs were being housed in RDC which is in Los Lunas New Mexico, As property of the State due to aledged parole violaters. Plantiffs were being housed in one man cells due to rules of the State Law and the Duran decree. Plantiffs now are forced to leave our normal classification in a one man cell until fully classified. The state of New mexico Parole board and Dept of Corrections took it upon them selves to violate state law and constitutional Rights by forcing Plantiffs to be transfered to GCCF which is a level 3 facility and also having 2 men per cell. PlantIffs have been subject to level 1 to level 6 in mates. The facility recently took chairs away due to them Being used as stabbing wepons. Plantiffs lives are in danger every day and therefore Iminant danger does exist. Some Plantiffs that are under 3 strike Rule. Plantiffs Do not have the ability to escape these negligent conduct By Staff. The abuse of power and Abuse of Process is tortious use of Legal process Magna Neglegenta exist. ALL Plantiffs that have mental Health and physical impairments have no chance. The state of New Mexico parole board has violated Plantiffs by housing us with murders and Rapists. (violient offenders) The Parole board expecting non violient offenders to over come these offenders and defend our self in Hand to hand altercations. Plantiffs have to watch each others backs including the elderly. In GCCF. where there is a whole wing or 5 pods open But empty.

Therefore there is an over crowding. The duran decree has been violated there fore us Plantiffs are in fear of Retaliation by G.C.C.F. Staff 2 men Housed in a Room under 115 Feet

## Relief Sought

That the State of New Mexico Parole board Director be advised and addressed to correct there staff. Also that the Durand Attornies be informed. Plantiffs ask for in Justice Relief in the sum of 2500 per day for Each State Law Violated. Plantiffs also ask fo 100,000 for each civil Right and 500,000 for every constitutional Right that has Been violated, or How ever this court Deems Just or Fit.

_____          5-21-24
       Sign                      Date

Joe Blanford            # 92105
   Print

Joe Blanford #72105
P.O. Drawer 520 1-D 105
Santa Rosa N.M 88435

District Court of NM
333 Lomas Blvd N.W.
Suite 270
ALBU NM 87102

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 03 2024
MITCHELL R. ELFERS
CLERK

quadient
FIRST-CLASS MAIL
IMI
$000.64
05/29/2024 ZIP 88435
043M31228026
US POSTAGE